IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:07CR97 |
| | § | (Judge Crone) |
| ASHLEY MICHELLE HANKINS | § | |

## **ORDER GRANTING MOTION TO TRANSFER CASE**

On this day came on to be considered the Government's Motion to Transfer Case (#24) to the Honorable Michael H. Schneider, in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

SIGNED at Beaumont, Texas, this 25th day of June, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE